**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BOARD OF EDUCATION OF THE
MAMARONECK UNION FREE SCHOOL
DISTRICT,

                Plaintiff,                21 **CIVIL** 7596 (NSR)

   -against-                    **JUDGMENT**

D.B. AND AN.S., individually and on behalf of
 A.B., a minor,

                Defendants.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2024, Plaintiff's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        March 31, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                           **BY:**
                                                       **Deputy Clerk**