UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Board of Education of the Mamaroneck Union Free School Dist. :

Plaintiff, : ORDER
: 21-cv-7596 (NSR)

D.B., *et al* :

Defendants. :

---------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

The Court notes that, pursuant to the Court's July 27, 2026 Order (ECF No. 49), counsel for Defendants was directed to file a notice of appearance on or before August 3, 2026. No notice of appearance has been filed. Accordingly, Defendants shall proceed pro se unless and until substitute counsel appears on their behalf. In light of the foregoing, the requirement that the parties file a joint status report is hereby deemed moot.

The status conference is hereby scheduled for October 1, 2026, at 11:00 a.m. This conference will be held before Judge Roman by Webex Teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 #; and (3) press # again to enter the teleconference.

The parties shall be prepared to address the posture of this matter following remand and the appropriate next steps for proceeding with this action.

Dated: August 5, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge