UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF EDUCATION OF THE MAMARONECK UNION FREE SCHOOL DISTRICT,

Plaintiff,

-against-

D.B.,

Defendants.

No. 21 CV 7596 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The conference currently scheduled for November 17, 2026, is hereby ADJOURNED to December 16, 2026, at 2:00 p.m. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 #; and (3) press # again to enter the teleconference.

Dated: November 16, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge